IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SANDRA CALDWELL, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 04-0819-WS-C |
| PROVIDENCE FAMILY PHYSICIAN (TILLMAN'S CORNER) SETON MEDICAL MANAGEMENT, and PROVIDENCE HOSPITAL, | : : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 11th day of January, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE