## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SANDRA CALDWELL,** | : | |
| **Plaintiff,** | : | |
| vs. | : | **CIVIL ACTION 04-0819-WS-C** |
| **PROVIDENCE FAMILY PHYSICIAN (TILLMAN'S CORNER) SETON MEDICAL MANAGEMENT, and PROVIDENCE HOSPITAL,** | : | |
| **Defendants.** | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 11th day of January, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE